IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Marsha Sims, )<br>           )<br>    Plaintiff, )<br>           )<br>  vs. )<br>           )<br>Carolyn W. Colvin, Acting Commissioner, )<br>Social Security Administration, )<br>           )<br>    Defendant. )<br>_____) | C/A No. 1:10-1907-MBS<br><br><br>**O R D E R** |

  Plaintiff Marsha Sims brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's claims for disability insurance benefits and supplemental security income. See 42 U.S.C. § 405(g). On December 14, 2011, the court remanded the Commissioner's decision pursuant to sentence four of § 405(g) for further administrative proceedings. By order filed October 5, 2012, the court awarded attorney's fees in the amount of $9,137.03 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

  This matter now is before the court on Plaintiff's motion for attorney's fees filed April 28, 2014. Counsel moves for an order awarding an additional attorney's fee of $1,626.69 under the Social Security Act, 42 U.S.C. § 406(b). On July 10, 2014, after the resolution of other matters concerning documentation,[1] the Commissioner filed a response informing the court that she has no objection to Plaintiff's motion for fees. Accordingly,

  **IT IS ORDERED** that Plaintiff's motion for fees under 42 U.S.C. § 406(b) be **granted** in

---

[1] At the time of filing of the within motion, the Commissioner had not yet provided Plaintiff with a Notice of Award. The Notice has since been issued. The Commissioner agrees that $10,763.72 is being withheld from Plaintiff's account for her attorney. See ECF No. 36.

the amount of $1,626.69. This brings the total attorneys' fees awarded to counsel for Plaintiff to $10,763.72, the amount being withheld from Plaintiff's account for her attorney.

    **IT IS SO ORDERED**.

/s/ Margaret B. Seymour<br>Senior United States District Judge

Columbia, South Carolina

July 14, 2014